IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

TREE OF LIFE, INC.                                                                            PLAINTIFF

v.                                  No. 4:20-cv-154-DPM

ISLAND CONSULTING, INC.                                                              DEFENDANTS

ORDER

1. The Court held a status conference on 10 August 2020 to address the difficulties between Island Consulting and its lawyers. The Court directed that a corporate representative for Island Consulting attend. *Doc. 10.* Island Consulting's lawyers notified the company about the hearing. No representative appeared.

2. The Court orders Island Consulting to hire replacement counsel, who must appear by 11 September 2020.

3. The Court further orders Island Consulting to show cause why the company should not be held in contempt for not sending a corporate representative to the August 10th hearing. The company must also explain why it is not communicating with its current lawyers or cooperating in handling this case. Response on these issues due by 18 September 2020.

4. The Court will hold another status conference on Thursday, 24 September 2020 at 4:00 p.m. in Courtroom 1A of the Richard S.

Arnold United States Courthouse, Little Rock, Arkansas. A corporate representative of Island Consulting must appear.

5.    The Court gives Island Consulting notice that, if the company fails to get a new lawyer or resume full cooperation with its current lawyers by 11 September 2020, the Court will consider the full range of sanctions, including striking Island Consulting's counterclaim, its answer, or both.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

10 August 2020