IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

TREE OF LIFE, INC.                                                              PLAINTIFF

v.                                    No. 4:20-cv-154-DPM

ISLAND CONSULTING, INC.                                                  DEFENDANT

ORDER

1.  The Court held a status conference on 10 August 2020 to address the difficulties between Island Consulting and its lawyers.  The Court directed that a corporate representative for Island Consulting attend.  *Doc. 10.*  Island Consulting's lawyers notified the company about the hearing.  No representative appeared.

2.  After that status conference, the Court ordered Island Consulting to hire replacement counsel and directed replacement counsel to appear by 11 September 2020.  The Court also directed Island Consulting to show cause why it should not be held in contempt for not sending a corporate representative to the August 10th hearing, and to explain why it was not communicating with its current lawyers or cooperating in handling this case.  Island Consulting's response on those issues was due by 18 September 2020.  The Court set another status conference for 24 September 2020.  *Doc. 13.*  Island Consulting's lawyers sent the Court's Order to the company.

3. No replacement counsel has appeared for Island Consulting. No response on the highlighted issues has been filed.

4. The Court held the second status conference on 24 September 2020, as planned. No company representative appeared.

5. The Court strikes Island Consulting's counterclaim due to its failure to appear at the August or September status conferences or comply with the Court's previous Orders in any way. FED. R. CIV. P. 16(f)(1)(A) & (C); *Nick v. Morgan's Foods, Inc.*, 270 F.3d 590, 594–95 (8th Cir. 2001). The Court also awards Tree of Life reasonable expenses, including attorney's fees, incurred because of Island Consulting's noncompliance. FED. R. CIV. P. 16(f)(2).

6. The Court again orders Island Consulting to hire replacement counsel, who must appear by 3 November 2020.

7. The Court further orders Island Consulting to show cause why the company should not be held in contempt for not sending a corporate representative to the August 10th or September 24th hearing. The company must also explain why it is still not communicating with its current lawyers or cooperating in handling this case. Response on these issues due by 10 November 2020.

8. The Court will hold another status conference and show cause hearing on Thursday, 17 November 2020 at 4:00 p.m. in Courtroom 1A of the Richard S. Arnold United States Courthouse,

Little Rock, Arkansas. A corporate representative of Island Consulting must appear.

9. The Court gives Island Consulting notice that, if the company fails to get a new lawyer or resume full cooperation with its current lawyers by 3 November 2020, the Court will consider further sanctions. As the Court warned from the bench at the September 24th hearing, continued complete noncompliance with the Court's Orders will likely resulting in the Court striking Island Consulting's answer and entering a default judgment on liability.

So Ordered.

*DPMarshall Jr*
D.P. Marshall Jr.
United States District Judge

25 September 2020