IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

TREE OF LIFE SEEDS, INC.                                   PLAINTIFF

v.                                    No. 4:20-cv-154-DPM

ISLAND CONSULTING, INC.                             DEFENDANT

## ORDER

**1.** More than four months ago, Island Consulting stopped
communicating with and paying its lawyers.   The Court denied
counsel's motion to withdraw because this corporate defendant had to
be represented.  Instead, the Court directed a corporate representative
to appear at an August status conference.   Counsel provided the
corporation notice, but no representative appeared.  The Court set a
September status conference, ordered someone from Island Consulting
to attend, ordered the hiring of replacement counsel, and warned of
Federal Rule of Civil Procedure 16(f) sanctions.  Counsel provided the
Court's Order to Island Consulting, but no replacement counsel
appeared and no corporate representative came to the September
hearing.   In response, the Court awarded Tree of Life reasonable
attorney's fees and struck Island Consulting's counterclaim.  The Court
also set a November status conference, ordered a corporate
representative to attend that hearing, set another deadline for
replacement counsel's appearance, and specifically warned of further

possible sanctions, including the striking of Island Consulting's answer and a default Judgment.    Counsel notified Island Consulting by providing the corporation copies of this Court's September Order by several methods.    No new lawyers have appeared.    No corporate representative attended the November status conference.

**2.** This record leads to only one conclusion:  Island Consulting has willfully disregarded this Court's Orders for several months.  A case can't progress in the face of a party's willful disobedience.  Striking an answer is an extreme sanction, but the Court has tried lesser sanctions without any success.  There's no confusion or mistake here;  there's stonewalling, which has prevented current counsel from representing this corporation and prevented any progress in this case.  All material circumstances considered, the Court therefore strikes Island Consulting's answer, *Doc. 3. Chrysler Corp. v. Carey*, 186 F.3d 1016, 1020 (8th Cir. 1999); *Omaha Indian Tribe, Treaty of 1854 with United States v. Tract I-Blackbird Bend Area*, 933 F.2d 1462, 1468–69 (8th Cir. 1991).  Tree of Life is entitled to judgment on liability by default.

**3.** No hearing is needed on damages.  Tree of Life has established by affidavit that Island Consulting's violation of the parties' contract has damaged Tree of Life in the amount of $1,620,000.  Tree of Life is entitled to pre-judgment interest at 2.25% from 31 December 2019, the date payment was due, until today in the amount of $33,454.11.  ARK. CODE ANN. § 16-65-114(a)(1)(A).

- 2 -

**4.** For several reasons, Tree of Life is also entitled to a reasonable attorney's fee and costs.  First, the parties' contract so provides.  *Doc. 3-1 at 14 & 32.*  Second, Tree of Life prevailed in this breach case.  ARK. CODE ANN. § 16-22-308.  Third, the Court awarded attorney's fees as part of the Federal Rule of Civil Procedure 16(f)(2) sanctions.  *Doc. 16 at 2.*  Tree of Life has established the fees paid and costs incurred.  *Doc. 17 at 2 & 17-1 at 2–4.*  The Court awards $268.21 in costs and $11,320.50 in fees.  While a bit of the work was at $295/hour (a rate exceeding what the Court might ordinarily award) and it turned out that one task was not essential (preparation of a Judgment), the total amount requested is quite reasonable considering all the circumstances.  *Chrisco v. Sun Industries,* 304 Ark. 227, 229–30, 800 S.W.2d 717, 718–19 (1990).

**5.** Wright, Lindsey & Jennings, and the three lawyers of record, are relieved as counsel for Island Consulting effective on the date they file notice that they've sent this Order and the related Judgment to the corporation.

So Ordered.

D.P. Marshall Jr.
United States District Judge

30 November 2020

- 3 -