IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

TREE OF LIFE SEEDS, INC.                                              PLAINTIFF

v.                        No. 4:20-cv-154-DPM

ISLAND CONSULTING, INC.                                              DEFENDANT

## JUDGMENT

Tree of Life Seeds Inc. shall have judgment against Island Consulting Inc. in the amount of $1,665,042.82.  That total represents:

- $1,620,000.00 — damages for breach of contract;
- $33,454.11 — prejudgment interest on the damages; and
- $11,588.71 — reasonable attorney's fees and costs.

This Judgment shall bear interest at 0.12% per annum until paid in full. 28 U.S.C. § 1961(a)–(b).

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

30 November 2020